holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States,* 324 U. S. 83.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

## BEFORE THE FIRST DIVISION, OCTOBER 2, 1946

**No. 51327.**—Protests 46094–K, etc., of Y. Akiyana et al. (Honolulu).

Opinion by COLE, J. The protests were dismissed.

**No. 51328.**—Protests 99351–K, etc., of Adamo Co. et al. (Los Angeles).

Opinion by COLE, J. The protests were dismissed.

**No. 51329.**—Protests 111001–K, etc., of Geo. S. Bush & Co., Inc., et al. (Portland, Oreg., and Seattle).

Opinion by COLE, J. The protests were dismissed.

**No. 51330.**—Protests 821300–G, etc., of Alexander & Baldwin, Ltd., et al. (Honolulu).

Opinion by COLE, J. The protests were dismissed.

**No. 51331.**—Protests 993177–G, etc., of Alexander & Baldwin, Ltd., et al. (Honolulu).

Opinion by COLE, J. The protests were dismissed.

## BEFORE THE SECOND DIVISION, OCTOBER 2, 1946

**No. 51332.**—Protests 28621–K, etc., of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J. The record established that certain items of the merchandise consist of hats or hoods of ramie and cellophane similar in all material respects to those the subject of Abstract 47291. Upon the established facts and following the authority cited the merchandise in question was held dutiable as claimed.

**No. 51333.**—Protest 100786–K of Matthay Hospital Supply Co. (Los Angeles).

TILSON, Judge: This suit against the United States involves the proper classification of certain needles which were classified by the collector at Los Angeles as